# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3924
LT Case No. 16-1994-CF-006707-A
_____

CURTIS MCNEALY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Curtis McNealy, Madison, pro se.

No Appearance for Appellee.

April 28, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____